# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | JEFFREY DAVID & MELISSA ANN GREEN |
| **Case Number:** | 2:15-BK-00361-GBN  **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, JUNE 24, 2015 02:00 PM  6TH FLOOR #602 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JENNIFER LOWRY |
| **Reporter / ECR:** | LETICIA OROSCO |

## *Matters:*

1) DEBTOR'S APPLICATION FOR APPROVAL OF REAFFIRMATION AGREEMENT WITH UNITED CONSUMER FINANCIAL SERVICES (HOUSEHOLD GOODS)
   R / M #:   21 / 0

2) DEBTOR'S APPLICATION FOR APPROVAL OF REAFFIRMATION AGREEMENT WITH PREFERRED CREDIT INC. (HYDRO-QUAD)
   R / M #:   22 / 0

## *Appearances:*

JIM GAUDIOSI, ATTORNEY FOR JEFFREY DAVID GREEN, MELISSA ANN GREEN
JASON L ERWIN, ATTORNEY FOR UNITED CONSUMER FINANCIAL SERVICES (T)

Case 2:15-bk-00361-GBN    Doc 36    Filed 06/24/15    Entered 06/25/15 08:08:41    Desc
Main Document    Page 1 of 3

06/25/2015  8:08:32AM

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

(continue)...   2:15-BK-00361-GBN        WEDNESDAY, JUNE 24, 2015 02:00 PM

### Proceedings:

MATTER 1

Mr. Gaudiosi reviewed the reaffirmation agreement and stated that it is not in the debtor's best interest to reaffirm this debt.

The Court questioned the debtors regarding the interest rate on their contract.

Mr. Erwin advised that the creditor removed all of the interest on the loan and the debtors only need to pay off the balance.

Mr. Gaudiosi advised that the debtors would prefer the debt remain within the bankruptcy.

The Court reviewed what the debtors will need to do if the reaffirmation agreement is not approved and discussed the concession made by the creditor.

Mr. Gaudiosi stated that the debtors will let the vacuum go.

Mr. Erwin asked that debtors' counsel contact him to discuss returning the vacuum and provided his phone number.

COURT:  IT IS ORDERED DENYING THE REAFFIRMATION AGREEMENT.


MATTER 2

Mr. Gaudiosi reviewed the reaffirmation agreement and stated that he has advised the debtors not to enter into a reaffirmation agreement.

The Court discussed the interest rate.

Mr. Gaudiosi advised that the debtor's would like to reaffirm the debt.

The Court expressed its concern regarding the balance of the loan becoming non-dischargeable.


COURT:  IT IS ORDERED APPROVING THE REAFFIRMATION AGREEMENT.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

Page 1 of 1

Case 2:15-bk-00361-GBN    Doc 36    Filed 06/24/15    Entered 06/25/15 08:08:41    Desc
Main Document    Page 3 of 3    06/25/2015    8:08:32AM